## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICHAEL L. POL                                             CASE NO. 13-51168-KMS

**DEBTOR**                                                                              **CHAPTER 7**

### ORDER STAYING MOTION AND JOINDER

There came before the Court for hearing on November 14, 2013 (the "Hearing"), the Joint Motion for Relief from the Automatic Stay to Permit Trafficking Litigations to Proceed in Non-Bankruptcy Forums (the "Motion") (Dkt. No. 53) filed by movants ("Movants");[1] Creditor Signal International's Joinder in the Joint Motion for Relief from Automatic Stay to Permit Trafficking Litigations to Proceed in Non-Bankruptcy Forums ("Joinder") (Dkt. No. 58) filed by Signal International, LLC ("Signal"); the Response to Joint Motion for Relief from the Automatic Stay (Dkt. No. 74) filed by the Debtor, Michael L. Pol ("Debtor" or "Pol"), filed by Pol; Creditor Signal International's Reply to Debtor's Response [Doc. No. 74] to Motions for Relief From Automatic Stay to Permit Trafficking Litigations to Proceed in Non-Bankruptcy Forums [Doc. Nos. 53 and 58] (Dkt. No. 77) filed by Signal; and the Supplemental Response to Joint Motion for Relief from the Automatic Stay (Dkt. No. 83) filed by Pol.  At the Hearing, the Court determined that the matters should be stayed until further order of the Court.

A status conference has been set in this case for January 9, 2014 ("Status Conference"). The Court instructed the parties at the Hearing to submit briefs on the issue of the collateral estoppel effect of federal court default judgments on dischargeability actions in bankruptcy. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion and Joinder, with the corresponding responsive pleadings, are hereby stayed until further order of this Court.

---

[1] The Movants are unsecured creditors with unliquidated claims against the Debtor as set out in the motion and exhibit attached thereto.

**IT IS FURTHER ORDERED** that briefs on the matters set out herein are to be filed by the parties, in accordance with the following schedule:

The Movants and Signal shall file memorandum briefs by December 19, 2013.

The Debtor shall file a responsive memorandum brief by January 2, 2014.

**SO ORDERED.**

Katharine M. Samson
United States Bankruptcy Judge

Dated: November 25, 2013