**SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 18, 2014

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In Re: MICHAEL L. POL                                      CASE NO. 13-51168

### [PROPOSED] ORDER GRANTING EMERGENCY CONSENT MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE AND CONTEST DISCHARGEABILITY OF CERTAIN DEBTS

In consideration of the Trafficking Creditors' Emergency Consent Motion for Extension of Time to Object to Discharge and Contest Dischargeability of Certain Debts [Dkt. #144]:

It is hereby ordered that the deadline for the Trafficking Creditors to file objections to discharge and consent dischargeability is extended from July 18, 2014 until July 25, 2014.

*##END OF ORDER##*

Approved:

/s/ Daniel Werner
Daniel Werner, *pro hac vice*
daniel.werner@splcenter.org
SOUTHERN POVERTY LAW CENTER
1989 College Ave., N.E.
Atlanta, GA 30317
Tel: 404-521-6700

Jody Owens (MS Bar No. 102333)
jody.owens@splcenter.org
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601)948-8882
Facsimile: (601)948-8885

Attorneys for the *David* Creditors and those additional Trafficking Creditors listed in Rec. Doc. 52

/s/ Robert B. McDuff
Robert B. McDuff, MS Bar No. 2532
Sibyl C. Byrd, MS Bar No. 100601
Jacob W. Howard, MS Bar No. 103256
MCDUFF & BYRD
767 North Congress Street
Jackson, MS 39202
Tel: (601) 969-0802
Fax: (601) 969-0804
E-mail: rbm@mcdufflaw.com
E-mail: scb@mcdufflaw.com
E-mail: jake@mcdufflaw.com

Attorneys for the Trafficking Creditors other than those represented by the Southern Poverty Law Center


/s/ William P. Wessler

William P. Wessler
1624 14th Ave.
Gulfport, MS 39502
Attorney for Debtor

Submitted by:

Daniel Werner, *pro hac vice*
SOUTHERN POVERTY LAW CENTER
1989 College Ave., N.E.
Atlanta, GA 30317
Tel: 404-521-6700
daniel.werner@splcenter.org