```
                              United States Bankruptcy Court
                              Southern District of Mississippi
In re:                                                                  Case No. 13-51168-KMS
Michael Lee Pol                                                         Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0538-1          User: jpwiggins              Page 1 of 18              Date Rcvd: Jul 25, 2014
                              Form ID: pdf012              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db         +Michael Lee Pol,    1566 Redwood Ct.,   Biloxi, MS 39532-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2014 at the address(es) listed below:
              Barry Herbert Grodsky    on behalf of Interested Party    Signal International, LLC
               bgrodsky@taggartmorton.com,    clippard@taggartmorton.com
              Barry Herbert Grodsky    on behalf of Plaintiff    Signal International, LLC
               bgrodsky@taggartmorton.com,    clippard@taggartmorton.com
              Daniel   Werner    on behalf of Creditor Sabu Puthukkuttumel Veede Krishnakutty
               daniel.werner@splcenter.org,    CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor George Devassy Arackal daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Raveendranathan Mookaparambil Itty
               daniel.werner@splcenter.org,    CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Bijay Kumar Biswas daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Unnikrishna Pillai Balakrishna Pillai
               daniel.werner@splcenter.org,    CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sunilkumar Marottikkal Kuttan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor John Abraham Kalampukatt daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Saravanachlevan  Narayanasamy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Abdulla Keepurath Maideen daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Davis  Antony daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Saju Christy Vallarian daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sammanasunathan  Siluvaimuthu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Varghese Kurisinkal Devassy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor John Charuvila George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shanmugam  Subramanian daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Belthazar  Peter daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Jacob Mazhukkattu Mathew daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Biju Perumpilly George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Saji Chettiyara Baby daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Gopalakrishnan Unniampathu Vettical Nair
               daniel.werner@splcenter.org,    CMECFIJP@splcenter.org

```
District/off: 0538-1           User: jpwiggins            Page 2 of 18               Date Rcvd: Jul 25, 2014
                               Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Daniel  Werner    on behalf of Creditor Philip  Baby daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor George Kutty Vadakkekoottu Mathew
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Ravi  Thammina daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Lakhbir  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Joy Joseph Attayil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kannankutty  Ponnan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Moni Panikulangara Thomas daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Xavier  Disoliyan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kesavarao  Bundankayala daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Subbaraj  Rengasamy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Babu Karippai Ouseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor John  Yohannan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Chandra Sekhar Dwada Rama daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Benny Kattukariyil Varkey daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Surje Prasad Tamang daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Pradeep Chembil Raman daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Davis Mathai Meledan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Krishnan  Kannayan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Chandran Shaju Thanissery daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Annadurai  Ruthirapathi daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Pravin Kumar Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Arunkumar Shaw Narayan Shaw daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Rajan  Pazhambalakode daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Jaison Antony Thekkumpuram daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Biju  Potrayil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Subhashithan  Bahuleyan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Shajan  Varghese daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kiran Mohan Baki daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Telson Joseph Pazhampilly daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Varghese  Pappachan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Rajendran  Subramani daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sunny  Cherian daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Krishna  Gonthina daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Shibu  Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Vasudevan  Jithesh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Shaiju Vadakkal George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Subash Chandra Shukla daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Samuel Jose Kumrumthodathil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Radhakrishna Pillai Sivarama Pillai
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
```

```
District/off: 0538-1          User: jpwiggins            Page 3 of 18              Date Rcvd: Jul 25, 2014
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Daniel   Werner    on behalf of Creditor Sebastian George Pananjikal daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Melvin Joseph Rodrigues daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Prasad Kunju  Kunju daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Paulose Chirackal Airookaran Joseph
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Srinivasa Rao Kambala daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Muruganandam  Arumugam daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Raju  Meganathan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Lakshmanan Ponnayan Achari daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Satheesh Kannan Marimuthu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Reji  Samuel daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Pradeep  Kumar daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Krishan  Kumar daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Suresh  Kakkoth daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Kunhikrishn Kaniyamkulam Veetil
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Balwinder  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shaju Olangattu Mathew daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Thansilas  Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Venkatarao  Buridi daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sumesh Porambathuparambil Subramanian
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Mangalan Chandrasekharan Pillai
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sreedharan  Babu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joseph Thomas Kanjiraparambil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Hemant  Khuttan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Ganapathi Rao Akkireddi daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shogy Vezhaparambil Ousephkutty
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Francis Kottackal Ouseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Santhoush Kumar Rajendran Pillai
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Vasavan  Babu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Bhaskaran Sreedharan Kutty daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Harvinder  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Radhakrishnan  Kakkathiruthi daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Muralidharan  Arumugam daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Johny Mandy Mathai daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Roy Punakkattu George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Malkiah  Paul daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Savinder  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Benny Chittilappilly  Vareed daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joshy Kaiprampattu Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Assari Krishnan Thankappan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
```

```
District/off: 0538-1          User: jpwiggins          Page 4 of 18          Date Rcvd: Jul 25, 2014
                              Form ID: pdf012          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel   Werner    on behalf of Creditor Vavachan Mathai Koottalil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Iju  James daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shibu  Thankachan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Eswara R. Kanithi daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Eldose  Isac daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Mathew  Jackson daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Thenooran Kumaran Unnikrishnan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Satyanarayana  Ellapu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Bhaskararao  Nimmadala daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Radhakrishnan Nair Mangalathumalayil Vasukuttan
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Biju Mukrukkattu Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Prabhakaran Balakrishna Pillai daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Chandrasekhara Pillai Rajesh Chemmanappilly
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shaji Veluthalakuzhiyil Nanoo daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joy  Jacob daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sukumar Moses Dokka daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Ponniah Muthu Kumar daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Nayappulli  Jayachandran daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joseph Boban Peruvelil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Subranarayan  Karuppiah daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor John Malakaran Thomas daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Johny  Mathew daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Rajendran  Sappani daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sajimon  Kutty daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Muruganantham  Kandhasamy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor  Rajankunju Geevarghese daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Kechuru  Dhananjaya daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Appunni Arul Prakash daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Maruthamuthu  Mayavu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joseph  Lopez daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Palanyandi  Thangamani daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Ravi  Rowthu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Saravanan  Arunachalam daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Haridas Sankara Panicker daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Interested Party   Signal International, LLC
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Babu Lal Mali daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Aby Molathu Poulose daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Philip Pindakadavil George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Justin  Poulose daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
```

```
District/off: 0538-1          User: jpwiggins           Page 5 of 18           Date Rcvd: Jul 25, 2014
                              Form ID: pdf012           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel  Werner    on behalf of Creditor Ramachandran  Murugaiyan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Galla Venkata Rama Krishna daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Jacob  Mathew daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Jagannadha Rao Saragadam daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor George Pulikkeparambil Varghese
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Thanasekar  Chellappan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Shawkat Ali Shaikh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Aby Karickathara Raju daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Praveen Kulathum Muriyil Gopalakrishnan
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Ranjit  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Vijayanair   Sankarapillai daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Thampy Putham Parambil Edicula daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Moorthy  Nadhamuni daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kunjachan  Varghese daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kurian  David daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sivakumar Ramakrishnan Nair daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Mohanan Balakrishna Pillai daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Pankajakshan  Madhavan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Padaveettiyil Issac Andrews daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kulath Somanathan Kalayam daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Gogy  Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sivan  Raghavan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Isaac Wilson Vazhikudilil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Adharsan  Manuel daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Francis  Sequira daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Anthony  Marian daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Thomas Baby Madakkameprathu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Saravanan  Ramasamy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Jomon  George daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Krishnan  Venugopal daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Antoney Tharayil Xavier daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Venkata Satya Sivagi Rao Talabathulla
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Varghese Kainikkeril Yohannan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Francis  Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Kuldeep  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Jacob Joseph Kaddakkarappally daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Ampattu Varughese Mathew daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sreenivasarao  Raparthy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Raju  Divakaran daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
```

```
District/off: 0538-1          User: jpwiggins              Page 6 of 18               Date Rcvd: Jul 25, 2014
                              Form ID: pdf012              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel   Werner    on behalf of Creditor Yacob Thachil Varghese daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Thomas Varghese  Vattakkattu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor George Kutty Puthiya Parampil Thomas
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Lohithakshan  Madampet daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Varghese Varkey  Abraham daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Balamurugan  Marimuthu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor  Estate of Kuliyanickal Paily Varghese
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Kittayi Sunil Kumar Therattil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Jeegan Joseph Cheruthalakal Michael
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Ninan John Tharakan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Nibu  Raju daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Gijo  John daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Harbans  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Joy  Kallachiyil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shanoj  Joseph daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Parshottam Ramchandra Mangani daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sony Vasudevan Sulekha daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Atha Mohammad Abdul daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Reghunadhan Palachuvattilputhenpura Narayanannair
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Mahendran  Periyasamy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Shahi  Vijayan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Srinu  Kalla daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor  Joseph v. Signal Int'l Creditors
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Mandeep  Singh daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Nandhakumar  Nagaraj daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Kantibhai Khemabhai Prajapati daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Satyanarayana  Vangapandu daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Kodakeril Baby Biji daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Suresh Kumar Pillai Kavalamkuzhi
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Prakash Kuttiyil Chandrasekharan Nair
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Varghese Kannampuzha Devassy daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Sreekumar Janardha Pillai daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Omanakuttan Govindan Kakkanthara
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Benny  Yohannan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Antony Antony Vilayaparambil daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor David Raju Tuloori daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Antony Sajan Oottuparambil Michael
                daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Amandeep Singh Kang daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel   Werner    on behalf of Creditor Purayil Arjunan Padinhare daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
```

```
District/off: 0538-1            User: jpwiggins             Page 7 of 18              Date Rcvd: Jul 25, 2014
                                Form ID: pdf012             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel  Werner    on behalf of Creditor Sudheeran  Panayamthatta daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Maheshwara Rao Molletti daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Viswamithran  Raghavan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Zakir Husain Ghulam Husain daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Biju  John daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Prakash Moses Kanagiah Manonmoni
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor George Chacko Edavazhickal daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Baiju  Paul daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Mouleswararao  Guntamukkala daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Abraham  Varghese daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Ajith Chellayyan Swarnamma daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sabulal  Vijayan daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor George Paily Paulose Chakkiyattil
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Sarma Venkata Satyanarayana Bhiri
               daniel.werner@splcenter.org,   CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Anil  Scaria daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Daniel  Werner    on behalf of Creditor Srinivasa Rao Gonna daniel.werner@splcenter.org,
               CMECFIJP@splcenter.org
              Hal D Ungar    on behalf of Interested Party    Signal International, LLC hungar@hanrylaw.com,
               klentz@hanrylaw.com
              Jody E Owens, II    on behalf of Creditor Ampattu Varughese Mathew jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Thampy Putham Parambil Edicula jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Krishnan  Kannayan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Johny  Mathew jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Jacob  Mathew jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kiran Mohan Baki jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Saji Chettiyara Baby jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Chandra Sekhar Dwada Rama jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sukumar Moses Dokka jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Philip Pindakadavil George jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Gopalakrishnan Unniampathu Vettical Nair
                jody.owens@splcenter.org,   tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Venkatarao  Buridi jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Aby Molathu Poulose jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sivan  Raghavan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Raju  Divakaran jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Pravin Kumar Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Srinivasa Rao Gonna jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Mahendran  Periyasamy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shaji Veluthalakuzhiyil Nanoo jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Subash Chandra Shukla jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Saravanachlevan  Narayanasamy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Santhoush Kumar Rajendran Pillai
                jody.owens@splcenter.org,   tandra.dodd@splcenter.org
```

```
District/off: 0538-1          User: jpwiggins              Page 8 of 18                  Date Rcvd: Jul 25, 2014
                              Form ID: pdf012              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jody E Owens, II    on behalf of Creditor Amandeep Singh Kang jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Biju  John jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor   Joseph v. Signal Int'l Creditors
               jody.owens@splcenter.org,   tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Venkata Satya Sivagi Rao Talabathulla
               jody.owens@splcenter.org,   tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shajan  Varghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Muruganandam  Arumugam jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Nandhakumar  Nagaraj jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Benny Chittilappilly  Vareed jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sivakumar Ramakrishnan Nair jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Padaveettiyil Issac Andrews jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Mouleswararao  Guntamukkala jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor John Abraham Kalampukatt jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Reji  Samuel jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Melvin Joseph Rodrigues jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sunilkumar Marottikkal Kuttan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Ajith Chellayyan Swarnamma jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Joseph  Lopez jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Viswamithran  Raghavan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Maheshwara Rao Molletti jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Jaison Antony Thekkumpuram jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Annadurai  Ruthirapathi jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Yacob Thachil Varghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Lakhbir  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Moorthy  Nadhamuni jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Prakash Kuttiyil Chandrasekharan Nair
               jody.owens@splcenter.org,   tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Krishan  Kumar jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Joy Joseph Attayil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Varghese Kannampuzha Devassy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Subbaraj  Rengasamy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Pradeep Chembil Raman jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Ponniah Muthu Kumar jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor  Rajankunju Geevarghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Muruganantham  Kandhasamy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Galla Venkata Rama Krishna jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Gogy  Joseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Bhaskaran Sreedharan Kutty jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Biju Perumpilly George jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shaiju Vadakkal George jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kurian  David jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
```

```
District/off: 0538-1           User: jpwiggins              Page 9 of 18                  Date Rcvd: Jul 25, 2014
                               Form ID: pdf012              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jody E Owens, II   on behalf of Creditor Jomon  George jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Krishna  Gonthina jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Pankajakshan  Madhavan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Jacob Mazhukkattu Mathew jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Jeegan Joseph Cheruthalakal Michael
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor David Raju Tuloori jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Bhaskararao  Nimmadala jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Interested Party   Signal International, LLC
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Thenooran Kumaran Unnikrishnan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Francis  Sequira jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Francis Kottackal Ouseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Moni Panikulangara Thomas jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Thansilas  Joseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Kodakeril Baby Biji jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Antony Antony Vilayaparambil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sreenivasarao  Raparthy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Kannankutty  Ponnan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Mangalan Chandrasekharan Pillai jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Thanasekar  Chellappan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Telson Joseph Pazhampilly jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Ganapathi Rao Akkireddi jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Kunhikrishn Kaniyamkulam Veetil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sarma Venkata Satyanarayana Bhiri
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Atha Mohammad Abdul jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sony Vasudevan Sulekha jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Aby Karickathara Raju jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Appunni Arul Prakash jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sebastian George Pananjikal jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Ramachandran  Murugaiyan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Satheesh Kannan Marimuthu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Joy  Jacob jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Thomas Baby Madakkameprathu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Antoney Tharayil Xavier jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor George Kutty Vadakkekoottu Mathew
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Shibu  Thankachan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Satyanarayana  Ellapu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Prabhakaran Balakrishna Pillai jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Joy  Kallachiyil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Kittayi Sunil Kumar Therattil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
```

```
District/off: 0538-1           User: jpwiggins            Page 10 of 18              Date Rcvd: Jul 25, 2014
                               Form ID: pdf012            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jody E Owens, II    on behalf of Creditor Isaac Wilson Vazhikudilil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Saravanan  Ramasamy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Mandeep  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Saju Christy Vallarian jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kulath Somanathan Kalayam jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Thomas Varghese  Vattakkattu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Justin  Poulose jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Paulose Chirackal Airookaran Joseph
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Jagannadha Rao Saragadam jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Saravanan  Arunachalam jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Bijay Kumar Biswas jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Subhashithan  Bahuleyan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Srinivasa Rao Kambala jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Davis  Antony jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shaju Olangattu Mathew jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Vavachan Mathai Koottalil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Ranjit  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Antony Sajan Oottuparambil Michael
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Maruthamuthu  Mayavu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Suresh  Kakkoth jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Babu Lal Mali jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sreedharan  Babu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Benny  Yohannan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Iju  James jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Haridas Sankara Panicker jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Unnikrishna Pillai Balakrishna Pillai
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Harbans  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sajimon  Kutty jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Varghese Kurisinkal Devassy jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Xavier  Disoliyan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Radhakrishnan Nair Mangalathumalayil Vasukuttan
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sammanasunathan  Siluvaimuthu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Praveen Kulathum Muriyil Gopalakrishnan
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Anthony  Marian jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Ravi  Thammina jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Francis  Joseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Raju  Meganathan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kantibhai Khemabhai Prajapati jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Assari Krishnan Thankappan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
```

```
13-51168-KMS    Dkt 149    Filed 07/27/14    Entered 07/28/14 00:14:01    Page 11 of 19
```

District/off: 0538-1           User: jpwiggins              Page 11 of 18               Date Rcvd: Jul 25, 2014
                               Form ID: pdf012              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Jody E Owens, II   on behalf of Creditor Biju Mukrukkattu Joseph jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Malkiah  Paul jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Lohithakshan  Madampet jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Mohanan Balakrishna Pillai jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sumesh Porambathuparambil Subramanian jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Johny Mandy Mathai jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Mathew  Jackson jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Vasavan  Babu jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Varghese  Pappachan jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Shahi  Vijayan jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Pradeep  Kumar jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Varghese Varkey  Abraham jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Abdulla Keepurath Maideen jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Baiju  Paul jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Raveendranathan Mookaparambil Itty jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Jacob Joseph Kaddakkarappally jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Suresh Kumar Pillai Kavalamkuzhi jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Harvinder  Singh jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Gijo  John jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor George Kutty Puthiya Parampil Thomas jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Belthazar  Peter jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Lakshmanan Ponnayan Achari jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor George Devassy Arackal jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Shawkat Ali Shaikh jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sudheeran  Panayamthatta jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Palanyandi  Thangamani jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Hemant  Khuttan jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Babu Karippai Ouseph jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Davis Mathai Meledan jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Ravi  Rowthu jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Zakir Husain Ghulam Husain jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Sabu Puthukkuttumel Veede Krishnakutty jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Philip  Baby jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Rajendran  Sappani jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Roy Punakkattu George jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Joseph Boban Peruvelil jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Samuel Jose Kumrumthodathil jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Vasudevan  Jithesh jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II   on behalf of Creditor Joshy Kaiprampattu Joseph jody.owens@splcenter.org, tandra.dodd@splcenter.org

```
District/off: 0538-1           User: jpwiggins            Page 12 of 18             Date Rcvd: Jul 25, 2014
                               Form ID: pdf012            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jody E Owens, II    on behalf of Creditor Shanmugam  Subramanian jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shibu  Joseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Chandran Shaju Thanissery jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Ninan John Tharakan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Balamurugan  Marimuthu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor George Pulikkeparambil Varghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Biju  Potrayil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Arunkumar Shaw Narayan Shaw jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Rajan  Pazhambalakode jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor  Estate of Kuliyanickal Paily Varghese
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Muralidharan  Arumugam jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Chandrasekhara Pillai Rajesh Chemmanappilly
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kechuru  Dhananjaya jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Purayil Arjunan Padinhare jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Abraham  Varghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Prasad Kunju  Kunju jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kuldeep  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Savinder  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor John  Yohannan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kunjachan  Varghese jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Srinu  Kalla jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor John Charuvila George jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sreekumar Janardha Pillai jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Joseph Thomas Kanjiraparambil jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Omanakuttan Govindan Kakkanthara
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shogy Vezhaparambil Ousephkutty jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Balwinder  Singh jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Varghese Kainikkeril Yohannan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Vijayanair   Sankarapillai jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Satyanarayana  Vangapandu jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Krishnan  Venugopal jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Reghunadhan Palachuvattilputhenpura Narayanannair
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Nibu  Raju jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sabulal  Vijayan jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Radhakrishna Pillai Sivarama Pillai
               jody.owens@splcenter.org, tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Anil  Scaria jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Eldose  Isac jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Surje Prasad Tamang jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Radhakrishnan  Kakkathiruthi jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
```

```
District/off: 0538-1           User: jpwiggins              Page 13 of 18               Date Rcvd: Jul 25, 2014
                               Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jody E Owens, II    on behalf of Creditor Eswara R. Kanithi jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor John Malakaran Thomas jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Nayappulli  Jayachandran jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Kesavarao  Bundankayala jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor George Chacko Edavazhickal jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Subranarayan  Karuppiah jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Shanoj  Joseph jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Prakash Moses Kanagiah Manonmoni
               jody.owens@splcenter.org,  tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Benny Kattukariyil Varkey jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor George Paily Paulose Chakkiyattil
               jody.owens@splcenter.org,  tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Adharsan  Manuel jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Rajendran  Subramani jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Sunny  Cherian jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Jody E Owens, II    on behalf of Creditor Parshottam Ramchandra Mangani jody.owens@splcenter.org,
               tandra.dodd@splcenter.org
              Kimberly R. Lentz    7trustee@cableone.net,  klentz@ecf.epiqsystems.com
              Matthew R Hindman    on behalf of Creditor Lohithakshan  Madampet mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Reji  Samuel mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Atha Mohammad Abdul mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Belthazar  Peter mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Kesavarao  Bundankayala mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Santhoush Kumar Rajendran Pillai
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Sumesh Porambathuparambil Subramanian
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Krishna  Gonthina mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Nayappulli  Jayachandran
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Mohanan Balakrishna Pillai
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Biju Perumpilly George mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Johny Mandy Mathai mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Galla Venkata Rama Krishna
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Chandran Shaju Thanissery
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Aby Karickathara Raju mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Samuel Jose Kumrumthodathil
               mhindman@kilpatricktownsend.com,  lcanty@kilpatricktownsend.com
              Matthew R Hindman    on behalf of Creditor Raju  Divakaran mhindman@kilpatricktownsend.com,
               lcanty@kilpatricktownsend.com
              Michele D Allen-Hart    on behalf of Interested Party   Signal International, LLC
               MAllenHart@AllenHartLaw.com
              Robert B McDuff    on behalf of Creditor Varghese Varkey  Abraham rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Atha Mohammad Abdul rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Adharsan  Manuel rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor David Raju Tuloori rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kiran Mohan Baki rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Benny Kattukariyil Varkey rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Subash Chandra Shukla rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Mangalan Chandrasekharan Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
```

```
District/off: 0538-1          User: jpwiggins              Page 14 of 18             Date Rcvd: Jul 25, 2014
                              Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert B McDuff    on behalf of Creditor Shogy Vezhaparambil Ousephkutty rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor George Devassy Arackal rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Rajendran  Subramani rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Hemant  Khuttan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Babu Lal Mali rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor John Charuvila George rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Rajendran  Sappani rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Nibu  Raju rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Vasavan  Babu rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Chandrasekhara Pillai Rajesh Chemmanappilly
                rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ponniah Muthu Kumar rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Isaac Wilson Vazhikudilil rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Biju Perumpilly George rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Babu Karippai Ouseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Bhaskararao  Nimmadala rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Subranarayan  Karuppiah rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Varghese Kainikkeril Yohannan rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Joshy Kaiprampattu Joseph rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Jacob  Mathew rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Balwinder  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Antoney Tharayil Xavier rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Joseph Boban Peruvelil rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sammanasunathan  Siluvaimuthu rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Harvinder  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Krishnan  Kannayan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Suresh Kumar Pillai Kavalamkuzhi rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Prakash Moses Kanagiah Manonmoni rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Anthony  Marian rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kuldeep  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Vavachan Mathai Koottalil rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Gopalakrishnan Unniampathu Vettical Nair
                rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Davis  Antony rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Viswamithran  Raghavan rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Prakash Kuttiyil Chandrasekharan Nair rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor John Malakaran Thomas rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Radhakrishnan Nair Mangalathumalayil Vasukuttan
                rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ajith Chellayyan Swarnamma rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shaji Veluthalakuzhiyil Nanoo rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Johny Mandy Mathai rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kunjachan  Varghese rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shaju Olangattu Mathew rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sivan  Raghavan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Davis Mathai Meledan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Suresh  Kakkoth rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Lakshmanan Ponnayan Achari rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Krishnan  Venugopal rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kechuru  Dhananjaya rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Philip  Baby rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Savinder  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Balamurugan  Marimuthu rbm@mcdufflaw.com,
                scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Pankajakshan  Madhavan rbm@mcdufflaw.com,
                scb@mcdufflaw.com
```

```
District/off: 0538-1          User: jpwiggins           Page 15 of 18           Date Rcvd: Jul 25, 2014
                              Form ID: pdf012           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert B McDuff    on behalf of Creditor Muruganantham  Kandhasamy rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shajan  Varghese rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Raju  Meganathan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Thansilas  Joseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Harbans  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Maruthamuthu  Mayavu rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Antony Sajan Oottuparambil Michael rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Melvin Joseph Rodrigues rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor George Kutty Vadakkekoottu Mathew rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Varghese  Pappachan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Jomon  George rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ramachandran  Murugaiyan rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kunhikrishn Kaniyamkulam Veetil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Saju Christy Vallarian rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Samuel Jose Kumrumthodathil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sarma Venkata Satyanarayana Bhiri rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Padaveettiyil Issac Andrews rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Abraham  Varghese rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor George Pulikkeparambil Varghese rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Abdulla Keepurath Maideen rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Venkatarao  Buridi rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kurian  David rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Arunkumar Shaw Narayan Shaw rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Belthazar  Peter rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor   Estate of Kuliyanickal Paily Varghese rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sunilkumar Marottikkal Kuttan rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Xavier  Disoliyan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sreenivasarao  Raparthy rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Bijay Kumar Biswas rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Francis Kottackal Ouseph rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Zakir Husain Ghulam Husain rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Srinu  Kalla rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Galla Venkata Rama Krishna rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Chandran Shaju Thanissery rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Rajan  Pazhambalakode rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Santhoush Kumar Rajendran Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Subhashithan  Bahuleyan rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Thanasekar  Chellappan rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sumesh Porambathuparambil Subramanian rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Mandeep  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sunny  Cherian rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sony Vasudevan Sulekha rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Saravanachlevan  Narayanasamy rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shawkat Ali Shaikh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Anil  Scaria rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Joseph Thomas Kanjiraparambil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Kulath Somanathan Kalayam rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Roy Punakkattu George rbm@mcdufflaw.com,
               scb@mcdufflaw.com
```

```
District/off: 0538-1          User: jpwiggins          Page 16 of 18          Date Rcvd: Jul 25, 2014
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert B McDuff     on behalf of Creditor Paulose Chirackal Airookaran Joseph rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Jagannadha Rao Saragadam rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Pradeep Chembil Raman rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Haridas Sankara Panicker rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Kesavarao  Bundankayala rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Lakhbir  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Mouleswararao  Guntamukkala rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Ganapathi Rao Akkireddi rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Biju  John rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Appunni Arul Prakash rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Philip Pindakadavil George rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Eldose  Isac rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Iju  James rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Prabhakaran Balakrishna Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Eswara R. Kanithi rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Shibu  Thankachan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Moorthy  Nadhamuni rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Kittayi Sunil Kumar Therattil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Unnikrishna Pillai Balakrishna Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Lohithakshan  Madampet rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Yacob Thachil Varghese rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Telson Joseph Pazhampilly rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Kodakeril Baby Biji rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor George Chacko Edavazhickal rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Shanoj  Joseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Palanyandi  Thangamani rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Sukumar Moses Dokka rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Jacob Joseph Kaddakkarappally rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Mahendran  Periyasamy rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Varghese Kannampuzha Devassy rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Saravanan  Ramasamy rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Francis  Joseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Radhakrishna Pillai Sivarama Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Surje Prasad Tamang rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Sebastian George Pananjikal rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Benny Chittilappilly  Vareed rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Bhaskaran Sreedharan Kutty rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Joy Joseph Attayil rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor John  Yohannan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Ravi  Thammina rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Nandhakumar  Nagaraj rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Justin  Poulose rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor John Abraham Kalampukatt rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Kantibhai Khemabhai Prajapati rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Vijayanair  Sankarapillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Raveendranathan Mookaparambil Itty rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor Purayil Arjunan Padinhare rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff     on behalf of Creditor George Paily Paulose Chakkiyattil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
```

```
District/off: 0538-1           User: jpwiggins              Page 17 of 18                Date Rcvd: Jul 25, 2014
                               Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert B McDuff    on behalf of Creditor Jaison Antony Thekkumpuram rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Antony Antony Vilayaparambil rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Gijo  John rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Muralidharan  Arumugam rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Satyanarayana  Ellapu rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sabu Puthukkuttumel Veede Krishnakutty rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Praveen Kulathum Muriyil Gopalakrishnan rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Maheshwara Rao Molletti rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Prasad Kunju  Kunju rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Baiju  Paul rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shanmugam  Subramanian rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Satyanarayana  Vangapandu rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Aby Karickathara Raju rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ranjit  Singh rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Raju  Divakaran rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Saji Chettiyara Baby rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Saravanan  Arunachalam rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Malkiah  Paul rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Reghunadhan Palachuvattilputhenpura Narayanannair
               rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Subbaraj  Rengasamy rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Gogy  Joseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Radhakrishnan  Kakkathiruthi rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor George Kutty Puthiya Parampil Thomas rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Satheesh Kannan Marimuthu rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Thomas Varghese  Vattakkattu rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Srinivasa Rao Kambala rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor  Rajankunju Geevarghese rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sreedharan  Babu rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Benny  Yohannan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Mathew  Jackson rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Joy  Kallachiyil rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Chandra Sekhar Dwada Rama rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ravi  Rowthu rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Jacob Mazhukkattu Mathew rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ampattu Varughese Mathew rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Krishan  Kumar rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sabulal  Vijayan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Parshottam Ramchandra Mangani rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shibu  Joseph rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Thampy Putham Parambil Edicula rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sivakumar Ramakrishnan Nair rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Thomas Baby Madakkameprathu rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Ninan John Tharakan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Amandeep Singh Kang rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Sajimon  Kutty rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Biju Mukrukkattu Joseph rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Reji  Samuel rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Mohanan Balakrishna Pillai rbm@mcdufflaw.com,
               scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor Shahi  Vijayan rbm@mcdufflaw.com,  scb@mcdufflaw.com
              Robert B McDuff    on behalf of Creditor  Joseph v. Signal Int'l Creditors rbm@mcdufflaw.com,
               scb@mcdufflaw.com
```

```
District/off: 0538-1           User: jpwiggins              Page 18 of 18              Date Rcvd: Jul 25, 2014
                               Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert B McDuff    on behalf of Creditor Shaiju Vadakkal George rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Joy  Jacob rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Assari Krishnan Thankappan rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Vasudevan  Jithesh rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Nayappulli  Jayachandran rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Krishna  Gonthina rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Biju  Potrayil rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Joseph  Lopez rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Annadurai  Ruthirapathi rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Muruganandam  Arumugam rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Francis  Sequira rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Sreekumar Janardha Pillai rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Thenooran Kumaran Unnikrishnan rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Moni Panikulangara Thomas rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Omanakuttan Govindan Kakkanthara rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Pradeep  Kumar rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Jeegan Joseph Cheruthalakal Michael rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Kannankutty  Ponnan rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Johny  Mathew rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Pravin Kumar Singh rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Varghese Kurisinkal Devassy rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Srinivasa Rao Gonna rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Aby Molathu Poulose rbm@mcdufflaw.com,   scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Sudheeran  Panayamthatta rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Robert B McDuff    on behalf of Creditor Venkata Satya Sivagi Rao Talabathulla rbm@mcdufflaw.com,
           scb@mcdufflaw.com
          Shane G Ramsey    on behalf of Creditor Santhoush Kumar Rajendran Pillai
           sramsey@kilpatricktownsend.com,   dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Sumesh Porambathuparambil Subramanian
           sramsey@kilpatricktownsend.com,   dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Johny Mandy Mathai sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Nayappulli  Jayachandran sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Galla Venkata Rama Krishna sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Biju Perumpilly George sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Raju  Divakaran sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Krishna  Gonthina sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Kesavarao  Bundankayala sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Lohithakshan  Madampet sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Atha Mohammad Abdul sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Aby Karickathara Raju sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Chandran Shaju Thanissery sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Samuel Jose Kumrumthodathil sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Belthazar  Peter sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Mohanan Balakrishna Pillai sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          Shane G Ramsey    on behalf of Creditor Reji  Samuel sramsey@kilpatricktownsend.com,
           dgugliuzza@kilpatricktownsend.com
          United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
          William P. Wessler    on behalf of Defendant Michael Lee Pol wwessler@cableone.net
          William P. Wessler    on behalf of Debtor Michael Lee Pol wwessler@cableone.net
                                                                                             TOTAL: 734
```

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 25, 2014**

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:  MICHAEL L. POL**                          **CASE NO. 13-51168-KMS**
                                                    Dkt. #147

## ORDER

Signal International, LLC, has filed a motion for the admission of Donald J. Miester, Jr. to practice before the Court in this matter.

Signal International, LLC's motion is GRANTED.

## END OF ORDER ##

Submitted by:

Hal D. Ungar (MS. Bar No. 102743)
HANGARTNER RYDBERG & TERRELL, LLC
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone (504) 522-5690
Fax (504) 522-5689
hungar@hanrylaw.com

*Attorney for Signal International LLC*